**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Date of Arrest: 11/15/2022 |
|  | ) |  |
| Plaintiff, | ) | Magistrate's Case No. **22-02928MJ** |
|  | ) |  |
|  | ) |  |
|  | ) | COMPLAINT FOR VIOLATION OF |
| Vs. | ) | 18 U.S.C. § 922(g)(5)and 924(a) |
|  | ) | (2) Alien in Possession |
|  | ) |  |
| Eleazar RODRIGUEZ Noriega | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |
| YOB:1991 | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about November 12, 2022 at or near Yuma, in the District of Arizona, the defendant, knowing that he was illegally and unlawfully in the United States, knowing possessed, in and affecting interstate commerce, a firearm, that is a Smith & Wesson .9mm caliber semiautomatic pistol; in violation of Title 18, United States Code, Section 922(g)(5) and 924(a)(2).

I further state that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: Abbie Broughton Marsh for AUSA LeighAnn Thomas

MARCO A RODRIGUEZ JR
Digitally signed by MARCO A RODRIGUEZ JR
Date: 2022.11.17 10:57:12 -07'00'

Marco Rodriguez
Special Agent
Homeland Security Investigations

Sworn to before me and subscribed telephonically, November 17, 2022, at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA
vs.

Eleazar RODRIGUEZ Noriega

**STATEMENT OF FACTS**

1.  I am a Homeland Security Investigations Special Agent. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On November 12, 2022, at approximately 0042 hours, Yuma County Sheriffs Office Deputies were dispatched to the area of the 8800 block S Avenue 7E in Yuma, Arizona to conduct an investigation into a Hit & Run. The Deputies met with a bystander who witnessed and called in the incident. The bystander was able to provide a description of the vehicle involved, as well as a video recording of the incident.

3. While conducting the investigation, Deputies observed a vehicle that matched the description provided by bystander near the area. Deputies made contact with the driver, later identified as Eleazar RODRIGUEZ Noriega, whom Deputies observed had bloodshot/watery eyes, slurred speech, and had a moderate smell of an alcoholic beverage emitting from his person. When asked about the damage to

his vehicle, RODRIGUEZ admitted to being involved in a collision. The Deputies asked RODRIGUEZ if he had any weapons on his person to which he replied he had a knife. When asked if he had any other weapons RODRIGUEZ stated he had a firearm in the vehicle. The Deputies looked into the vehicle and noticed the firearm in plain sight. The Deputies retrieved and secured the weapon from the vehicle. Deputies continued to speak with RODRIGUEZ and attempted to perform a Field Sobriety Test (FST). RODRIGUEZ refused to the FST.

4. At 0144 hours, RODRIGUEZ was placed under arrest for driving under the influence. RODRIGUEZ was then transported to the Yuma County Sheriff's Office for further processing. At 0308 hours, RODRIGUEZ was read his constitutional rights as per Miranda, in Spanish. RODRIGUEZ initially answered a few questions then invoked his rights and refused to answer any further questions. At 0309 hours deputies requested and were granted a warrant by Maricopa County Superior Court Judge Steven Holding for RODRIGUEZ's blood to be analyzed for blood alcohol content, and toxicology to check for the presence of narcotics. RODRIGUEZ was then booked and charged with state charges pertaining to Hit & Run, Criminal Damage,

and Reckless Driving.

5. On November 15, 2022, the Yuma County Sheriff's Office reached out to the Homeland Security Investigations (HSI) Yuma Office for clarification regarding the immigration status of RODRIGUEZ. Systems checks revealed an immigration alert had been placed on RODRIGUEZ. Further checks determined that RODRIGUEZ was currently in the United States unlawfully. RODRIGUEZ was released from custody by the Yuma County Sheriff's Office, and scheduled to pick up his property, to include the firearm seized during the incident.

6. At 1515 hours, agents from the HSI Yuma Office arrived at the Yuma County Sheriff's Office to speak with RODRIGUEZ.

7. During a post-Miranda interview RODRIGUEZ told agents he entered the United States two years ago and did not have documentation to remain in the United States. HSI agents then performed immigration records checks and confirmed RODRIGUEZ entered the United Stated in May of 2020 and did not have authority to be in the United States. RODRIGUEZ also stated the firearm found in his vehicle during the incident belonged exclusively to him.

8. At 1730 hours, HSI agents transported RODRIGUEZ to the HSI Yuma office to obtain a audio & video recording of the interview with RODRIGUEZ.

9. At 1814 hours, during a post-Miranda interview, RODRIGUEZ informed agents that he personally resided at a trailer located at on 3rd Lane & Ruby St. in Yuma, Arizona. He also stated he had been drinking prior to getting into the accident on November 17, 2022. RODRIGUEZ stated the firearm found in the vehicle belong exclusively to him. RODRIGUEZ claimed to have paid $600 for the firearm. He also stated he knew it was unlawful to possess a firearm while in the United States illegally.

10. Agents with the Bureau of Alcohol, Tobacco, and Firearms subsequently analyzed the Smith & Wesson firearm for a nexus to interstate commerce. Those agents determined on November 16, 2022, that there was a nexus to interstate commerce associated to the firearm.

11. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and

attest that there is sufficient evidence to establish

probable cause that the defendant violated Title 18,

United States Code, Sections 922(g)(5) and 924(a)(2).


Based on the foregoing, there is probable cause to believe
that Eleazar Rodriguez Noreiega committed the offense
alleged in the Complaint.

MARCO A
RODRIGUEZ JR

Digitally signed by MARCO A
RODRIGUEZ JR
Date: 2022.11.17 10:57:58 -07'00'

Marco Rodriguez
Special Agent
Homeland Security Investigations


Sworn to before me and subscribed telephonically,
November 17, 2022 at Yuma, Arizona.


James F. Metcalf
United States Magistrate Judge